# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KINDU GAYNOR,** | : CIVIL ACTION NO. 1:13-CV-0036 |
| Petitioner | : (Judge Conner) |
| v. | : |
| **H.L. HUFFORD,** | : |
| Respondent | : |

## **ORDER**

AND NOW, this 26th day of February, 2013, upon consideration petitioner's motion for reconsideration (Doc. 5), and motion for leave to proceed in forma pauperis (Doc. 6), and it appearing that this matter was dismissed on February 12, 2013 (Doc. 4), based on petitioner's failure to timely comply with the administrative order directing that petitioner either pay the filing fee or submit a motion to proceed in forma pauperis within thirty days of January 7, 2013, and it further appearing from the mailing envelopes that the motion to proceed in forma pauperis is untimely in that it was not placed in the mail until February 14, 2013 (Doc. 6, at 14), it is hereby ORDERED that the motions (Docs. 5, 6) are DENIED without prejudice to petitioner's right to re-file the petition as a new case.

    S/ Christopher C. Conner
    CHRISTOPHER C. CONNER
    United States District Judge